March 21, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

**315 VILLAGES OF KINGS LAKE, LTD., NEHC PROPERTIES, INC., ARETE REAL ESTATE AND DEVELOPMENT COMPANY, JOE FOGARTY AND MUDUGANTI J. REDDY, Appellants**

NO. 14-12-01144-CV            V.

**PROSPERITY BANK, Appellee**

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 31, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, 315 Villages of Kings Lake, LTD., NEHC Properties, Inc., Arete Real Estate and Development Company, Joe Fogarty and Muduganti J. Reddy, jointly and severally.

We further order this decision certified below for observance.